UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEXAGON METROLOGY, INC., | CASE NO. C22-5988 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OMEGA MORGAN, INC., | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court ordered the Parties to file a Joint Status Report by May 1, 2023. (Dkt. No. 7.) Plaintiff instead moved for default judgment, which was entered on May 17, 2023. (Dkt. Nos. 8, 10.) The Parties must file a Joint Status Report or Plaintiff must move for entry of default judgment by June 22, 2023. Failure to comply with this deadline may lead to sanctions, including dismissal for failure to prosecute.

\\

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed May 24, 2023.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Serge Bodnarchuk
                                        Deputy Clerk